# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 2:23-cr-42-DPM**

**CHARLES TOSTON** **DEFENDANT**

## ORDER

Motion to dismiss, *Doc. 38*, granted. This case has been resolved as part of another case. The Indictment against Toston is dismissed without prejudice.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 July 2026